**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
5/22/20 9:29 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>SCOTT E. SHELATZ<br>LISA M. SHELATZ<br>    Debtor(s)<br>Ronda J. Winnecour, Trustee<br>    Movant<br>        vs.<br>SCOTT E. SHELATZ<br>LISA M. SHELATZ<br><br>    Respondents | Case No.15-10422TPA<br><br>Chapter 13<br><br>Document No. 68 |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __22nd__ day of __May__, 20__20__, it is hereby ORDERED, ADJUDGED, and DECREED that,

> Mercy Health
> Attn Payroll Department
> Po Box 1854
> Youngstown, OH 44501

is hereby ordered to immediately terminate the attachment of the wages of SCOTT E. SHELATZ, social security number XXX-XX-0726. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of SCOTT E. SHELATZ.

cc: Debtor(s)
    Debtor(s) Attorney

BY THE COURT:

_____
ljm
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Scott E. Shelatz  
Lisa M. Shelatz  
     Debtors

Case No. 15-10422-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: dkam     Page 1 of 1     Date Rcvd: May 22, 2020  
                        Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2020.  
db/jdb     +Scott E. Shelatz,   Lisa M. Shelatz,   2234 Brooksboro Drive,   Erie, PA 16510-6412

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2020           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2020 at the address(es) listed below:  
      Andrew F Gornall     on behalf of Creditor     PNC Bank, National Association andygornall@latouflawfirm.com  
      Christopher M. Frye     on behalf of Joint Debtor Lisa M. Shelatz chris.frye@steidl-steinberg.com, julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com  
      Christopher M. Frye     on behalf of Debtor Scott E. Shelatz chris.frye@steidl-steinberg.com, julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com  
      James Warmbrodt     on behalf of Creditor     PNC Bank, National Association bkgroup@kmllawgroup.com  
      Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
      Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
                                                                 TOTAL: 6