IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Case No. 15-10422 TPA |
| Scott E. Shelatz | ) | Chapter 13 |
| Lisa M. Shelatz | ) | |
| aka Lisa Marie Shelatz, | ) | |
| *Debtor(s)* | ) | Docket No. |
| | ) | |
| | ) | |
| Scott E. Shelatz | ) | |
| Lisa M. Shelatz | ) | |
| aka Lisa Marie Shelatz, | ) | |
| *Movant(s)* | ) | |
| | ) | |
| *No Respondent(s)* | ) | |

## **DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:
   The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On August 3, 2015 at Docket number 27 and 28, the Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Post-Petition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies):* Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

                                                                Respectfully submitted,

July 1, 2020                                                    /s/ Christopher M. Frye_____
DATE                                                            Christopher M. Frye, Esquire
                                                                Attorney for the Debtor(s)
                                                                STEIDL & STEINBERG
                                                                Suite 2830 – Gulf Tower
                                                                707 Grant Street
                                                                Pittsburgh, PA  15219
                                                                (412) 391-8000
                                                                chris.frye@steidl-steinberg.com
                                                                PA I.D. No. 208402

**PAWB Local Form 24 (07/13)**