Form 300b

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **Scott E. Shelatz** : | Case No. 15−10422−TPA |
| **Lisa M. Shelatz** : | Chapter: 13 |
| **aka Lisa Marie Shelatz** : | |
| *Debtor(s)* : | |
| : | |
| **RONDA J. WINNECOUR, Trustee,** : | |
| *Movant(s),* : | Related to Document No. 78 |
| : | |
| v. : | Hearing Date: 9/16/20 at 12:00 PM |
| **No Respondents** : | |
| *Respondent(s).* : | |
| : | |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

*AND NOW,* this ***The 1st of July, 2020***, a ***Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements*** having been filed at Doc. No. 78 , by the Chapter 13 Trustee

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1)  **On or before August 17, 2020**, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

(2)  This *Motion* is scheduled for hearing on ***September 16, 2020 at 12:00 PM*** in https://www.zoomgov.com/j/16021303488, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Agresti's Amended Procedures effective 6/10/20 on the Court's Website.

(3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court ***may*** determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties will be ***required*** to appear at the hearing.

Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                  Case No. 15-10422-TPA
Scott E. Shelatz                                                        Chapter 13
Lisa M. Shelatz
        Debtors
                                       CERTIFICATE OF NOTICE
District/off: 0315-1           User: lmar                   Page 1 of 2                  Date Rcvd: Jul 01, 2020
                               Form ID: 300b                Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 03, 2020.
db/jdb         +Scott E. Shelatz,    Lisa M. Shelatz,    2234 Brooksboro Drive,    Erie, PA 16510-6412
14029535       +American Education Services,    PO Box 61047,    Harrisburg, PA 17106-1047
14029534       +American Education Services,    PO Box 61407,    Harrisburg, PA 17106-1407
14103564       +BPA as Authorized Agent for PNC Bank, N.A.,     800 Corporate Drive, Suite 408,
                 Ft. Lauderdale, FL 33334-3621
14336123        ECMC,   PO BOX 16408,    ST. PAUL, MN 55116-0408
14029540        NEA Member Benefits,    First National Bank of Omaha,    PO Box 2557,   Omaha, NE 68103-2557
14029541        One Main Finanical,    PO Box 1830172,   Columbus, OH 43218
14038630       ++PERI GARITE,   ATTN CARD WORKS,    101 CROSSWAYS PARK DR W,    WOODBURY NY 11797-2020
                 (address filed with court: First National Bank of Omaha,     1620 Dodge Street,   Stop Code 3105,
                 Omaha, NE 68197)
14044409       +PHEAA,   PO Box 8147,    Harrisburg, PA 17105-8147
14032126       +PNC BANK, N.A.,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
14087088       +PNC BANK, N.A.,    Attn: Bankruptcy Department,    3232 Newmark Drive,
                 Miamisburg, OH 45342-5421
14029542        PNC Bank,   PO Box 747032,    Pittsburgh, PA 15274-7032
14029543       +PNC Mortgage,   3232 Newark Drive,    Miamisburg, OH 45342-5433
14029544        Sears Gold Mastercard,    PO Box 183082,   Columbus, OH 43218-3082
14029547        Target Credti Card,    PO Box 660170,   Dallas, PA 15266-0170
14029549        Weltman, Weinberg & Reis CO., LPA,    436 7th Avenue, Suite 2500,    Pittsburgh, PA 15219-1842

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14047323        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 02 2020 06:18:12
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK   73126-8941
14029536        E-mail/Text: mrdiscen@discover.com Jul 02 2020 06:00:14     Discover Credit Card,
                 PO Box 15316,    Wilmington, DE 19850-5316
14035077        E-mail/Text: mrdiscen@discover.com Jul 02 2020 06:00:14     Discover Bank,
                 Discover Products Inc,    PO Box 3025,   New Albany, OH   43054-3025
14029537        E-mail/Text: dplbk@discover.com Jul 02 2020 06:02:29     Discover Personal Loan,   PO Box 6105,
                 Carol Stream, IL 60197-6105
14043485       +E-mail/Text: dplbk@discover.com Jul 02 2020 06:02:29     Discover Personal Loans,
                 PO Box 30954,    Salt Lake City, UT 84130-0954
14029538       +E-mail/PDF: gecsedi@recoverycorp.com Jul 02 2020 05:59:06     GE Capital Retail Bank/JCP,
                 PO Box 960001,    Orlando, FL 32896-0001
14029539       +E-mail/PDF: gecsedi@recoverycorp.com Jul 02 2020 05:59:05     GE Capital Retail Bank/Old Navy,
                 PO Box 960017,    Orlando, FL 32896-0017
14101242        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 02 2020 05:58:44
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
14239648        E-mail/Text: bnc-quantum@quantum3group.com Jul 02 2020 06:01:04
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,    Kirkland, WA 98083-0788
14029545        E-mail/Text: home.sfbank-bankruptcynotice.083i01@statefarm.com Jul 02 2020 06:00:37
                 State Farm Bank,    PO Box 5961,   Madison, WI 53705-0961
14029546       +E-mail/Text: home.sfbank-bankruptcynotice.083i01@statefarm.com Jul 02 2020 06:00:37
                 State Farm Bank,    310 Price Place,   Attention: Loan Servicing,    Madison, WI 53705-3209
14033556        E-mail/Text: home.sfbank-bankruptcynotice.083i01@statefarm.com Jul 02 2020 06:00:38
                 State Farm Bank, FSB,    Attn: Bankruptcy Dept.,   PO Box 2328,    Bloomington, IL 61702-2328
14041863       +E-mail/Text: bncmail@w-legal.com Jul 02 2020 06:02:03     TD BANK USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14029548        E-mail/Text: BKRMailOps@weltman.com Jul 02 2020 06:02:00     Weltman, Weinberg & Reis,
                 PO Box 93596,    Cleveland, OH 44101-5596
                                                                                              TOTAL: 14

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             PNC Bank, National Association
cr*            ECMC,   P.O. Box 16408,   St. Paul, MN 55116-0408
cr*            Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
                                                                                   TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0315-1           User: lmar                    Page 2 of 2                  Date Rcvd: Jul 01, 2020
                               Form ID: 300b                 Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2020                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 1, 2020 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    PNC Bank, National Association
           andygornall@latouflawfirm.com
          Christopher M. Frye    on behalf of Joint Debtor Lisa M. Shelatz chris.frye@steidl-steinberg.com,
           julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
           ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
           inberg.com
          Christopher M. Frye    on behalf of Debtor Scott E. Shelatz chris.frye@steidl-steinberg.com,
           julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
           ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
           inberg.com
          James Warmbrodt     on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                            TOTAL: 6
```