**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>SCOTT E. SHELATZ<br>LISA M. SHELATZ<br>        Debtor(s)<br><br>Ronda J. Winnecour<br>  Chapter 13 Trustee,<br>        Movant<br>       vs.<br>No Respondents. | Case No.:15-10422 TPA<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

   1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
   2. Approve the Trustee's Report of Receipts and Disbursements,
   3. Terminate wage attachments,
   4. Revest property of the estate in the debtor(s), and
   5. Enter a final decree and close this case.

June 26, 2020

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 04/16/2015 and confirmed on 6/9/15 . The case was subsequently       Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 129,791.58 |
| Less Refunds to Debtor | 1,785.43 | |
| TOTAL AMOUNT OF PLAN FUND | | 128,006.15 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,400.00 | |
|   Trustee Fee | 5,433.81 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,833.81 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 0.00 | 74,937.85 | 0.00 | 74,937.85 |
|     Acct: 9225 | | | | |
|   PNC BANK NA | 203.94 | 203.94 | 0.00 | 203.94 |
|     Acct: 9225 | | | | |
|   STATE FARM BANK FSB | 11,447.23 | 11,447.23 | 792.34 | 12,239.57 |
|     Acct: 8751 | | | | |
|   STATE FARM BANK FSB | 10,583.71 | 10,583.71 | 1,165.11 | 11,748.82 |
|     Acct: 3332 | | | | |
| | | | | 99,130.18 |
| **Priority** | | | | |
|   CHRISTOPHER M FRYE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SCOTT E. SHELATZ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SCOTT E. SHELATZ | 1,785.43 | 1,785.43 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | \*\*\*N O N E\*\*\* | | | |
| **Unsecured** | | | | |
|   AES/PHEAA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3760 | | | | |
|   USB ELT BELA | 47,941.69 | 10,843.14 | 0.00 | 10,843.14 |
|     Acct: 1842 | | | | |
|   DISCOVER BANK(\*) | 12,608.55 | 2,851.72 | 0.00 | 2,851.72 |
|     Acct: 3028 | | | | |
|   DISCOVER PERSONAL LOANS\*\* | 3,544.21 | 801.61 | 0.00 | 801.61 |
|     Acct: 6750 | | | | |
|   GEMB/JCPENNEY++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7157 | | | | |
|   PRA RECEIVABLES MANAGEMENT LLC - ⁄ | 2,747.70 | 621.45 | 0.00 | 621.45 |
|     Acct: 2480 | | | | |
|   FIRST NATIONAL BANK OF OMAHA(\*) | 4,541.77 | 1,027.23 | 0.00 | 1,027.23 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     Acct: 8923 | | | | |
|   PRA RECEIVABLES MANAGEMENT LLC - | 1,879.49 | 425.09 | 0.00 | 425.09 |
|     Acct: 7941 | | | | |
|   PNC BANK NA | 1,367.27 | 309.24 | 0.00 | 309.24 |
|     Acct: 4457 | | | | |
|   AMERICAN INFOSOURCE LP O/B/O MIDLA | 5,691.22 | 1,287.20 | 0.00 | 1,287.20 |
|     Acct: 4659 | | | | |
|   QUANTUM3 GROUP LLC AGNT - MOMA FU | 815.58 | 184.46 | 0.00 | 184.46 |
|     Acct: 0416 | | | | |
|   PNC BANK NA | 7,476.66 | 1,691.02 | 0.00 | 1,691.02 |
|     Acct: 0726 | | | | |
| | | | | 20,042.16 |

| | |
|---|---:|
| TOTAL PAID TO CREDITORS | 119,172.34 |

| TOTAL | |
|---|---:|
| CLAIMED | 0.00 |
| PRIORITY | 22,234.88 |
| SECURED | 88,614.14 |

Date: 06/26/2020                                            /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

Case 15-10422-TPA    Doc 82    Filed 07/03/20    Entered 07/04/20 00:45:00    Desc Imaged
                                  Certificate of Notice    Page 3 of 6

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　　SCOTT E. SHELATZ<br>　　LISA M. SHELATZ<br>　　　　　Debtor(s)<br><br>　　Ronda J. Winnecour<br>　　　　　Movant<br>　　　　vs.<br>　　No Repondents. | Case No.:15-10422 TPA<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

　　AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　　(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　　(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 15-10422-TPA
Scott E. Shelatz                                                        Chapter 13
Lisa M. Shelatz
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: lmar              Page 1 of 2          Date Rcvd: Jul 01, 2020
                              Form ID: pdf900        Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 03, 2020.
db/jdb         +Scott E. Shelatz,    Lisa M. Shelatz,    2234 Brooksboro Drive,    Erie, PA 16510-6412
14029535       +American Education Services,    PO Box 61047,    Harrisburg, PA 17106-1047
14029534       +American Education Services,    PO Box 61407,    Harrisburg, PA 17106-1407
14103564       +BPA as Authorized Agent for PNC Bank, N.A.,    800 Corporate Drive, Suite 408,
                 Ft. Lauderdale, FL 33334-3621
14336123        ECMC,   PO BOX 16408,    ST. PAUL, MN 55116-0408
14029540        NEA Member Benefits,    First National Bank of Omaha,    PO Box 2557,    Omaha, NE 68103-2557
14029541        One Main Finanical,    PO Box 1830172,    Columbus, OH 43218
14038630       ++PERI GARITE,    ATTN CARD WORKS,   101 CROSSWAYS PARK DR W,    WOODBURY NY 11797-2020
                 (address filed with court:  First National Bank of Omaha,    1620 Dodge Street,    Stop Code 3105,
                  Omaha, NE 68197)
14044409       +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
14032126       +PNC BANK, N.A.,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
14087088       +PNC BANK, N.A.,    Attn: Bankruptcy Department,    3232 Newmark Drive,
                 Miamisburg, OH 45342-5421
14029542        PNC Bank,   PO Box 747032,    Pittsburgh, PA 15274-7032
14029543       +PNC Mortgage,    3232 Newark Drive,    Miamisburg, OH 45342-5433
14029544        Sears Gold Mastercard,    PO Box 183082,    Columbus, OH 43218-3082
14029547        Target Credti Card,    PO Box 660170,    Dallas, PA 15266-0170
14029549        Weltman, Weinberg & Reis CO., LPA,    436 7th Avenue, Suite 2500,    Pittsburgh, PA 15219-1842

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14047323        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 02 2020 06:19:20
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK   73126-8941
14029536        E-mail/Text: mrdiscen@discover.com Jul 02 2020 06:00:14     Discover Credit Card,
                 PO Box 15316,    Wilmington, DE 19850-5316
14035077        E-mail/Text: mrdiscen@discover.com Jul 02 2020 06:00:14     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH   43054-3025
14029537        E-mail/Text: dplbk@discover.com Jul 02 2020 06:02:30     Discover Personal Loan,    PO Box 6105,
                 Carol Stream, IL 60197-6105
14043485       +E-mail/Text: dplbk@discover.com Jul 02 2020 06:02:30     Discover Personal Loans,
                 PO Box 30954,    Salt Lake City, UT 84130-0954
14029538       +E-mail/PDF: gecsedi@recoverycorp.com Jul 02 2020 05:58:23     GE Capital Retail Bank/JCP,
                 PO Box 960001,    Orlando, FL 32896-0001
14029539       +E-mail/PDF: gecsedi@recoverycorp.com Jul 02 2020 05:59:11     GE Capital Retail Bank/Old Navy,
                 PO Box 960017,    Orlando, FL 32896-0017
14101242        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 02 2020 05:58:45
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14239648        E-mail/Text: bnc-quantum@quantum3group.com Jul 02 2020 06:01:05
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
14029545        E-mail/Text: home.sfbank-bankruptcynotice.083i01@statefarm.com Jul 02 2020 06:00:38
                 State Farm Bank,    PO Box 5961,    Madison, WI 53705-0961
14029546       +E-mail/Text: home.sfbank-bankruptcynotice.083i01@statefarm.com Jul 02 2020 06:00:38
                 State Farm Bank,    310 Price Place,    Attention: Loan Servicing,    Madison, WI 53705-3209
14033556        E-mail/Text: home.sfbank-bankruptcynotice.083i01@statefarm.com Jul 02 2020 06:00:38
                 State Farm Bank, FSB,    Attn: Bankruptcy Dept.,    PO Box 2328,    Bloomington, IL 61702-2328
14041863       +E-mail/Text: bncmail@w-legal.com Jul 02 2020 06:02:03     TD BANK USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14029548        E-mail/Text: BKRMailOps@weltman.com Jul 02 2020 06:02:01     Weltman, Weinberg & Reis,
                 PO Box 93596,    Cleveland, OH 44101-5596
                                                                                               TOTAL: 14

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC Bank, National Association
cr*             ECMC,   P.O. Box 16408,    St. Paul, MN 55116-0408
cr*             Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
                                                                                TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-1              User: lmar                    Page 2 of 2                    Date Rcvd: Jul 01, 2020
                                  Form ID: pdf900               Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2020 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    PNC Bank, National Association
               andygornall@latouflawfirm.com
              Christopher M. Frye    on behalf of Joint Debtor Lisa M. Shelatz chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
               inberg.com
              Christopher M. Frye    on behalf of Debtor Scott E. Shelatz chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
               inberg.com
              James Warmbrodt     on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                            TOTAL: 6
```