**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Scott E. Shelatz** | Social Security number or ITIN | xxx–xx–0726 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Lisa M. Shelatz** | Social Security number or ITIN | xxx–xx–1842 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number: | **15–10422–TPA** | | |

# Order of Discharge                                                                                                         12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Scott E. Shelatz                                                    Lisa M. Shelatz
                                                                    aka Lisa Marie Shelatz

<u>8/31/20</u>                                        **By the court:**    <u>Thomas P. Agresti</u>
                                                                              United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 15-10422-TPA
Scott E. Shelatz                                                        Chapter 13
Lisa M. Shelatz
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: dkam               Page 1 of 2           Date Rcvd: Aug 31, 2020
                              Form ID: 3180W          Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 02, 2020.
```
db/jdb         +Scott E. Shelatz,    Lisa M. Shelatz,    2234 Brooksboro Drive,    Erie, PA 16510-6412
14029534       +American Education Services,    PO Box 61407,    Harrisburg, PA 17106-1407
14029535       +American Education Services,    PO Box 61047,    Harrisburg, PA 17106-1047
14103564       +BPA as Authorized Agent for PNC Bank, N.A.,     800 Corporate Drive, Suite 408,
                 Ft. Lauderdale, FL 33334-3621
14029540        NEA Member Benefits,    First National Bank of Omaha,    PO Box 2557,    Omaha, NE 68103-2557
14029541        One Main Finanical,    PO Box 1830172,    Columbus, OH 43218
14038630      ++PERI GARITE,    ATTN CARD WORKS,    101 CROSSWAYS PARK DR W,    WOODBURY NY 11797-2020
               (address filed with court:   First National Bank of Omaha,      1620 Dodge Street,    Stop Code 3105,
                 Omaha, NE 68197)
14044409       +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
14032126       +PNC BANK, N.A.,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
14087088       +PNC BANK, N.A.,    Attn: Bankruptcy Department,    3232 Newmark Drive,
                 Miamisburg, OH 45342-5421
14029542        PNC Bank,    PO Box 747032,    Pittsburgh, PA 15274-7032
14029543       +PNC Mortgage,    3232 Newark Drive,    Miamisburg, OH 45342-5433
14029547        Target Credti Card,    PO Box 660170,    Dallas, PA 15266-0170
14029549        Weltman, Weinberg & Reis CO., LPA,    436 7th Avenue, Suite 2500,    Pittsburgh, PA 15219-1842
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 01 2020 03:47:56
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 01 2020 03:47:56      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
14047323        EDI: AIS.COM Sep 01 2020 07:38:00      American InfoSource LP as agent for,
                 Midland Funding LLC,    PO Box 268941,    Oklahoma City, OK  73126-8941
14029536        EDI: DISCOVER.COM Sep 01 2020 07:38:00      Discover Credit Card,    PO Box 15316,
                 Wilmington, DE 19850-5316
14035077        EDI: DISCOVER.COM Sep 01 2020 07:38:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH  43054-3025
14029537        EDI: DISCOVERPL Sep 01 2020 07:38:00      Discover Personal Loan,    PO Box 6105,
                 Carol Stream, IL 60197-6105
14043485       +EDI: DISCOVERPL Sep 01 2020 07:38:00      Discover Personal Loans,    PO Box 30954,
                 Salt Lake City, UT 84130-0954
14336123        EDI: ECMC.COM Sep 01 2020 07:38:00      ECMC,    PO BOX 16408,    ST. PAUL, MN 55116-0408
14029538       +EDI: RMSC.COM Sep 01 2020 07:38:00      GE Capital Retail Bank/JCP,    PO Box 960001,
                 Orlando, FL 32896-0001
14029539        EDI: RMSC.COM Sep 01 2020 07:38:00      GE Capital Retail Bank/Old Navy,    PO Box 960017,
                 Orlando, FL 32896-0017
14101242        EDI: PRA.COM Sep 01 2020 07:38:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
14239648        EDI: Q3G.COM Sep 01 2020 07:38:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
14029544        EDI: SEARS.COM Sep 01 2020 07:38:00      Sears Gold Mastercard,    PO Box 183082,
                 Columbus, OH 43218-3082
14029545        EDI: STFM.COM Sep 01 2020 07:38:00      State Farm Bank,    PO Box 5961,    Madison, WI 53705-0961
14029546       +EDI: STFM.COM Sep 01 2020 07:38:00      State Farm Bank,    310 Price Place,
                 Attention: Loan Servicing,    Madison, WI 53705-3209
14033556        EDI: STFM.COM Sep 01 2020 07:38:00      State Farm Bank, FSB,    Attn: Bankruptcy Dept.,
                 PO Box 2328,    Bloomington, IL 61702-2328
14041863       +E-mail/Text: bncmail@w-legal.com Sep 01 2020 03:48:13      TD BANK USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14029548        E-mail/Text: BKRMailOps@weltman.com Sep 01 2020 03:48:12      Weltman, Weinberg & Reis,
                 PO Box 93596,    Cleveland, OH 44101-5596
                                                                                               TOTAL: 18

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC Bank, National Association
cr*             ECMC,   P.O. Box 16408,   St. Paul, MN  55116-0408
cr*             Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,    Kirkland, WA  98083-0788
                                                                                   TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-1          User: dkam              Page 2 of 2            Date Rcvd: Aug 31, 2020
                              Form ID: 3180W          Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2020                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 31, 2020 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    PNC Bank, National Association
               andygornall@latouflawfirm.com
              Christopher M. Frye    on behalf of Joint Debtor Lisa M. Shelatz chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
               inberg.com
              Christopher M. Frye    on behalf of Debtor Scott E. Shelatz chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
               inberg.com
              James Warmbrodt    on behalf of Creditor   PNC Bank, National Association bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6
```